[No. 55154-0-I.   Division One.   July 25, 2005.]

WAHEED S. AL-MALIKI, *Appellant*, v. CONTAINER CORPORATION OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-11311-5, Robert McSeveney, J. Pro Tem., entered October 18, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ.

[No. 30585-2-II.   Division Two.   July 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES S. BUTTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05243-8, Beverly Grant, J., entered July 15, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 30654-9-II.   Division Two.   July 26, 2005.]

RICHARD G. PAUL, *Appellant*, v. CHRISTENSEN FAMILY TRUST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-2-00609-7, James E. Warme, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 30852-5-II.   Division Two.   July 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR L. MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00033-1, Wm. Thomas McPhee, J., entered September 10, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.